# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**PETER MCCARTNEY, and BRIAN WEAVER**,
Individually and on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.

**THE INDIGO ROOM, INC.**, a Florida for profit corporation, and **RAIMOND AULEN**, an individual d/b/a **THE 86 ROOM**

      Defendants.             /

**JURY DEMAND**

**CASE NO.:**

**CLASS ACTION ALLEGATIONS**

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN, P.A.

- I, Peter McCartney (printed name), consent to join the above-styled lawsuit seeking damages for unpaid wages under the FLSA;

- I am similarly situated to the named Plaintiff in this matter because I performed duties similar in nature for the Defendant and was paid in the same regard as the named Plaintiff;

- I authorize the named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;

- I agree to be represented by Morgan & Morgan, P.A., counsel for the named Plaintiff;

- In the event that this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: Mar 22, 2019

Signature: Peter M McCartney (Mar 22, 2019)

# Consent to Join- McCartney.

Final Audit Report 2019-03-22

| | |
|---|---|
| Created: | 2019-03-22 |
| By: | Paul Botros (pbotros@forthepeople.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA0s5buJ9GqIIFwiNk1u1FOU5E4OmcCNEt |

## "Consent to Join- McCartney." History

- Document created by Paul Botros (pbotros@forthepeople.com)
  2019-03-22 - 8:59:20 PM GMT- IP address: 38.68.203.73

- Document emailed to Peter M McCartney (petermccartney@live.com) for signature
  2019-03-22 - 8:59:54 PM GMT

- Document viewed by Peter M McCartney (petermccartney@live.com)
  2019-03-22 - 9:01:40 PM GMT- IP address: 172.58.109.96

- Document e-signed by Peter M McCartney (petermccartney@live.com)
  Signature Date: 2019-03-22 - 9:04:15 PM GMT - Time Source: server- IP address: 172.58.109.96

- Signed document emailed to Peter M McCartney (petermccartney@live.com) and Paul Botros (pbotros@forthepeople.com)
  2019-03-22 - 9:04:15 PM GMT