# EXHIBIT "B"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PETER MCCARTNEY, and BRIAN WEAVER,
Individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

THE INDIGO ROOM, INC., a Florida for profit corporation, and RAIMOND AULEN, an individual d/b/a THE 86 ROOM

Defendants. /

JURY DEMAND

CASE NO.:

CLASS ACTION ALLEGATIONS

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN, P.A.

- I, Brian Weaver (printed name), consent to join the above-styled lawsuit seeking damages for unpaid wages under the FLSA;

- I am similarly situated to the named Plaintiff in this matter because I performed duties similar in nature for the Defendant and was paid in the same regard as the named Plaintiff;

- I authorize the named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;

- I agree to be represented by Morgan & Morgan, P.A., counsel for the named Plaintiff;

- In the event that this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: Mar 22, 2019

Signature: Brian Weaver (Mar 22, 2019)

# Consent to Join- Weaver.

Final Audit Report                                    2019-03-22

| | |
|---|---|
| Created: | 2019-03-22 |
| By: | Paul Botros (pbotros@forthepeople.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAHuDNUWtP4WMCsQwI_03HlxPmal0DrRxn |

## "Consent to Join- Weaver." History

- Document created by Paul Botros (pbotros@forthepeople.com)
  2019-03-22 - 8:56:06 PM GMT- IP address: 38.68.203.73

- Document emailed to Brian Weaver (brianweaver10@gmail.com) for signature
  2019-03-22 - 8:57:02 PM GMT

- Document viewed by Brian Weaver (brianweaver10@gmail.com)
  2019-03-22 - 9:12:55 PM GMT- IP address: 66.102.8.63

- Document e-signed by Brian Weaver (brianweaver10@gmail.com)
  Signature Date: 2019-03-22 - 9:14:39 PM GMT - Time Source: server- IP address: 172.58.11.82

- Signed document emailed to Paul Botros (pbotros@forthepeople.com) and Brian Weaver (brianweaver10@gmail.com)
  2019-03-22 - 9:14:39 PM GMT

