# COMPOSITE EXHIBIT "C"

# MORGAN & MORGAN
### *Attorneys At Law*

600 N. PINE ISLAND ROAD, SUITE 400
PLANTATION, FL 33324
(954) 318-0268

September 5, 2018

**VIA CERTIFIED MAIL**

THE INDIGO ROOM, INC.
2219 Main Street
Fort Myers, FL 33901
* 8 4 1 8 6 9 2 *

THE INDIGO ROOM, INC.
c/o REGISTERED AGENT
AULEN, RAIMOND
2219 Main Street
Fort Myers, FL 33901
* 8 4 1 8 6 9 2 *

**CONFIDENTIAL COMMUNICATION;
FOR SETTLEMENT PURPOSES ONLY**

**PETER MCCARTNEY vs. THE INDIGO ROOM, INC.
CLAIM FOR UNPAID WAGES**

Dear Sir/Madam:

    This firm currently represents Peter McCartney, who worked for you and your company, The Indigo Room, Inc., also known as the 86 Room bar from May 2017 through May 2018, who is seeking unpaid minimum wages under Article X, Section 24 of the Florida Constitution. Please accept this correspondence as Notice pursuant to Fla. Stat. § 448.110(6) regarding unpaid wages due and owing Mr. McCartney in the amount of approximately **$15,996.00**. Further, please allow this to serve as a demand for an additional **$15,996.00** for mandatory liquidated damages under Article X, Section 24 of the Florida Constitution.
    In the absence of actual paychecks and timesheets, Mr. McCartney estimates the following work dates, hours and alleged unpaid wages for which payment is sought regarding his claim:

    Thus, to resolve this matter, The Indigo Room, Inc. must pay **$37,992.00** in wages/liquidated damages, and attorney's fees to Peter McCartney for these unpaid minimum wages. Further, any such tender must be accompanied by relevant pay and time records, so that we may confirm that this is indeed adequate pay for the unpaid minimum wages owed.

———— www.forthepeople.com ————
ATLANTA, GA ◆ BIRMINGHAM, AL ◆ BOWLING GREEN, KY ◆ COLUMBUS, GA ◆ DAYTONA BEACH, FL ◆ DELAND, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL
KISSIMMEE, FL ◆ LAKELAND, FL ◆ LEXINGTON, KY ◆ LOUISVILLE, KY ◆ MELBOURNE, FL ◆ MEMPHIS, TN ◆ MOBILE, AL ◆ NAPLES, FL ◆ NASHVILLE, TN ◆ NEW YORK, NY
ORLANDO, FL ◆ PADUCAH, KY ◆ PENSACOLA, FL ◆ PLANTATION, FL ◆ PRESTONSBURG, KY ◆ ST. AUGUSTINE, FL ◆ ST. PETERSBURG, FL ◆ SARASOTA, FL
SAVANNAH, GA ◆ TALLAHASSEE, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ WEST PALM BEACH, FL ◆ WINTER HAVEN, FL

Peter McCartney v. The Indigo Room, Inc.
September 5, 2018
Page 2

| May 2017 to Sep.2017 | Minimum Wage | | Hours | Weeks | Total |
|---|---|---|---|---|---|
| Peter's working an average of 50 hours a week | $8.10 | Regular Wage | 40 hours X $8.10 | 16 | $5,184.00 |
| | | Overtime | 10 hours X $ 12.15 | 16 | $1,944.00 |
| | | | | | $7,128.00 |
| Nov. 2017 to Dec 2017 | Minimum Wage | | Hours | Weeks | Total |
| Peter's working and average of 60 hours a week | $8.10 | Regular Wage | 40 hours X $8.10 | 4 | $1,296.00 |
| | | Overtime | 20 hours X $12.15 | 4 | $972.00 |
| | | | | | $2,268.00 |
| Jan 2018 to May 2018 | Minimum Wage | | Hours | Weeks | Total |
| Peter's working and average of 60 hours a week | $8.25 | Regular Wage | 40 hours X $8.25 | 20 | $6,600.00 |
| | | | WAGES | | $15,996.00 |
| | | | LIQUIDATED DAMAGES | | $15,996.00 |
| | | | ATTORNEY'S FEES | | $6,000.00 |
| | | | TOTAL DUE | | $37,992.00 |

Additionally, please be aware that the law prohibits anyone from discriminating or retaliating against a current or former employee for pursuing their right to unpaid wages. Therefore, to the extent any attempt is made to penalize, discipline, punish, threaten, intimidate, or discriminate against our client, we will pursue a claim for retaliation pursuant to Fla. Stat. § 448.110(5).

Although we believe this pre-suit requirement to be unconstitutional, this notice is sent pursuant to Fla. Stat. § 448.110(6). You have fifteen (15) calendar days from receipt of this notice to tender the amount above and provide the relevant documentation demanded to the undersigned.

If you wish to discuss this matter further, I may be reached at (954)327-5352 or by email at pbotros@fortheopeople.com (please carbon-copy my assistant vfish@forthepeople.com). If I do not hear from you or your attorney by **Friday, September 14, 2018,** I will assume you are not interested in pre-suit settlement and we will proceed accordingly.

Sincerely,

Paul M. Botros, Esq.

Cc: Peter McCartney

# MORGAN & MORGAN
## Attorneys At Law

600 N. PINE ISLAND ROAD, SUITE 400
PLANTATION, FL 33324
(954) 318-0268

September 5, 2018

**VIA FEDEX**

THE INDIGO ROOM, INC.
2219 Main Street
Fort Myers, FL 33901

\* 8 4 4 4 9 1 2 \*

THE INDIGO ROOM, INC.
c/o REGISTERED AGENT
AULEN, RAIMOND
2219 Main Street
Fort Myers, FL 33901

\* 8 4 4 4 9 1 2 \*

## CONFIDENTIAL COMMUNICATION; FOR SETTLEMENT PURPOSES ONLY

## BRIAN WEAVER vs. THE INDIGO ROOM, INC. CLAIM FOR UNPAID WAGES

Dear Sir/Madam:

    This firm currently represents Brian Weaver, who worked for you and your company, The Indigo Room, Inc., also known as the 86 Room bar from June 2016 through April 2018, who is seeking unpaid minimum wages under Article X, Section 24 of the Florida Constitution. Please accept this correspondence as Notice pursuant to Fla. Stat. § 448.110(6) regarding unpaid wages due and owing Mr. Weaver in the amount of approximately **$28,614.80**. Further, please allow this to serve as a demand for an additional **$28,614.80** for mandatory liquidated damages under Article X, Section 24 of the Florida Constitution.

    In the absence of actual paychecks and timesheets, Mr. Weaver estimates the following work dates, hours and alleged unpaid wages for which payment is sought regarding his claim:

    Thus, to resolve this matter, The Indigo Room, Inc. must pay **$67,229.50** in wages/liquidated damages, and attorney's fees to Brian Weaver for these unpaid minimum wages. Further, any such tender must be accompanied by relevant pay and time records, so that we may confirm that this is indeed adequate pay for the unpaid minimum wages owed.

www.forthepeople.com

ATLANTA, GA ◆ BIRMINGHAM, AL ◆ BOWLING GREEN, KY ◆ COLUMBUS, GA ◆ DAYTONA BEACH, FL ◆ DELAND, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL
KISSIMMEE, FL ◆ LAKELAND, FL ◆ LEXINGTON, KY ◆ LOUISVILLE, KY ◆ MELBOURNE, FL ◆ MEMPHIS, TN ◆ MOBILE, AL ◆ NAPLES, FL ◆ NASHVILLE, TN ◆ NEW YORK, NY
ORLANDO, FL ◆ PADUCAH, KY ◆ PENSACOLA, FL ◆ PLANTATION, FL ◆ PRESTONSBURG, KY ◆ ST. AUGUSTINE, FL ◆ ST. PETERSBURG, FL ◆ SARASOTA, FL
SAVANNAH, GA ◆ TALLAHASSEE, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ WEST PALM BEACH, FL ◆ WINTER HAVEN, FL

Brian Weaver v. The Indigo Room, Inc.
September 5, 2018
Page 2

| Jan 2016 to Dec 2016 | Minimum Wage | | Hours | Weeks | Total |
|---|---|---|---|---|---|
| Brian's working 60 hours a week/ no paycheck | $8.05 | Regular Wage | 40 hours X $8.05 | 28 | $9,016.00 |
| | | Overtime | 20 hours X $12.08 | 28 | $6764.80 |
| | | | | | $15,750.80 |
| | | | | | |
| Jan 2017 to May 2017 | Minimum Wage | | Hours | Weeks | Total |
| Brian's working 60 hours a week Paid by check from his own credit card tips | $8.10 | Regular Wage | 40 hours X $8.10 | 20 | $6,480.00 |
| | | | | | |
| June 2017 to Dec 2017 | Minimum Wage | | Hours | Weeks | Total |
| Brian's working 46 hours a week receiving paycheck for 22 hours only | $8.10 | Regular Wage | 20 hours X $8.10 | 28 | $4,536.00 |
| | | | | | |
| Jan 2018 to April 2018 | Minimum Wage | | Hours | Weeks | Total |
| Brian receiving paycheck for 22 hours a week instead of 36 hours | $8.25 | Regular Wage | 14 hours X $8.25 | 16 | $1,848.00 |
| | | | | | |
| | | | WAGES | | $28,614.80 |
| | | | LIQUIDATED DAMAGES | | $28,614.80 |
| | | | ATTORNEY'S FEES | | $10,000.00 |
| | | | TOTAL DUE | | $67,229.60 |

Additionally, please be aware that the law prohibits anyone from discriminating or retaliating against a current or former employee for pursuing their right to unpaid wages. Therefore, to the extent any attempt is made to penalize, discipline, punish, threaten, intimidate, or discriminate against our client, we will pursue a claim for retaliation pursuant to Fla. Stat. § 448.110(5).

Although we believe this pre-suit requirement to be unconstitutional, this notice is sent pursuant to Fla. Stat. § 448.110(6). You have fifteen (15) calendar days from receipt of this notice to tender the amount above and provide the relevant documentation demanded to the undersigned.

If you wish to discuss this matter further, I may be reached at (954)327-5352 or by email at pbotros@fortheopeople.com (please carbon-copy my assistant vfish@forthepeople.com). If I do not hear from you or your attorney by **Friday, September 14, 2018,** I will assume you are not interested in pre-suit settlement and we will proceed accordingly.

Sincerely,

Paul M. Botros, Esq.

Cc: Brian Weaver