UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN WEAVER, Individually and on behalf of himself and all others similarly situated,

    Plaintiff,

v.

THE INDIGO ROOM, INC., a Florida for profit corporation, and RAIMOND AULEN, an individual d/b/a THE 86 ROOM,

    Defendants.
_____/

CIVIL ACTION NO:
2:19-CV-185-FTM-99MRM

### JOINT NOTICE OF SATISFACTION OF SETTLEMENT TERMS

Pursuant to the Court's October 30, 2020 text Order, the parties notify the Court that in accordance with its March 25, 2020 Joint Notice of No Compromise [DKT 40], all settlement payments, both wages and liquidated damages, have been paid in full. All terms of the settlement have thus been satisfied.

Contemporaneous with the filing of this Notice of Settlement, the parties have filed a Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This is 6th day of November, 2020.

| | |
|---|---|
| **/s/ Paul M. Botros**_____ | **/s/ Scott E. Atwood**_____ |
| PAUL M. BOTROS | SCOTT E. ATWOOD |
| Florida Bar No. 63365 | Florida Bar No. 60331 |
| **MORGAN & MORGAN, P.A.** | **Henderson, Franklin, Starnes & Holt, P.A.** |
| 8151 Peters Road, Suite 4000 | 1715 Monroe Street |
| Plantation, Florida 33324 | Fort Myers, Florida 33901 |
| Telephone: 954-327-5352 | Telephone: 239.344.1287 |
| Fax: 954-327-3017 | Fax: 239.344.1571 |
| pbotros@forthepeople.com | scott.atwood@henlaw.com |
| | karenia.romero@henlaw.com |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing JOINT NOTICE OF SATISFACTION OF SETTLEMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all of the attorneys of record.

This the 6th day of November, 2020.

/s/ Scott E. Atwood
Scott E. Atwood
Florida Bar No. 60331