UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN WEAVER, individually and on
behalf of himself and all others
similarly situated

      Plaintiff,

v.                                    Case No:  2:19-cv-185-FtM-66MRM

THE INDIGO ROOM, INC. and
RAIMOND AULEN,

      Defendants.

## ORDER

Pursuant to the Court's October 30, 2020 order (Doc. 43), the parties have filed their Joint Stipulation of Dismissal with Prejudice (Doc. 44). The dismissal is effective upon filing and requires no further action by the Court. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, in compliance with Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any deadlines and pending motions, and to close the file.

**ORDERED** at Fort Myers, Florida, on November 9, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE